**FILED**
October 29, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VANESSA FLORES-GOMEZ<br><br>Defendant. | Case No. 2:25-mj-0163 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VANESSA FLORES-GOMEZ Case No. <u>2:25-mj-0163 CKD</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

<u>  X  </u>   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

    _____   Unsecured Appearance Bond $ _____

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

<u>  X  </u>   (Other): <u>Released DELAYED until 10/30/2025 at 9:00 AM.</u>

Issued at Sacramento, California on October 29, 2025 at 2:29 PM

By:  /s/ Carolyn K. Delaney
       Chief Magistrate Judge Carolyn K. Delaney